UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANTE P. BAROT, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALDON MANAGEMENT ) <br> ) <br> Defendant. ) <br> ) | Case No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C § 1441, et seq., Defendant Aldon Management Corporation ("Aldon"), by undersigned counsel, hereby notices the removal of this action to the United States District Court of the District of Columbia. As grounds for removal, Aldon states:

1. Plaintiff commenced this action of December 1, 2017 by filing a Complaint against Aldon in the Superior Court for the District of Columbia. Plaintiff's Complaint was assigned Case No.: 17-0007974 (hereinafter the "State Court Action").

2. Aldon was served on January 2, 2018.

3. Pursuant to 28 U.S.C § 1441(a), true and legible copies of Superior Court of the District of Columbia Summons, Initial Order, Complaint, and Notice of Removal accompany this Notice. These documents constitute the only process, pleadings, or orders served by or upon Aldon in the State Court Action. *See* Exhibits A and B.

4. This is a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1331 and 28 U.S. Code § 1443 as the Plaintiff claims violations of 42. U.S.C. § 2000e et seq (1964), 29 U.S.C. § 621 (1967), 42. U.S.C. § 3601, et seq (1968), Title VII of the Civil Rights Act of 1964; the Age Discrimination in Employment Act; and the Fair Housing Act.

933928v.1

5.	This Court is the District Court of the United States for the district embracing the place where the State Court Action is pending.

6.	This Notice of Removal is being filed within thirty (30) days after Aldon was served with a copy of the Plaintiff's Complaint and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

Dated: January 22, 2018				Respectfully submitted,

						**WILSON, ELSER, MOSKOWITZ,
						EDELMAN & DICKER LLP**

					By:	/s/ Catherine Hanrahan
						Catherine Hanrahan, Esq. (DC Bar No. 441775)
						700 11th Street, NW Suite 400
						Washington, DC 20001
						Telephone: (202) 626-7660
						Facsimile: (202) 628-3606
						*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY certify that the above **Notice of Removal** was served, via U.S. First Class Mail, on this 22nd day of January, 2018 on the following:

Constante P. Barot and Dolores A. Barot
6707 14th Street, NW, Apt. A
Washington, D.C. 20012
*Plaintiffs, pro se*

                                                */s/ Catherine Hanrahan*
                                                Catherine Hanrahan

933928v.1